LAW OFFICE OF KIMBERY AYERS
KIMBERLY C. AYERS, CSB NO. 240260
801 10th STREET, STE., 107
Modesto California 95353
Telephone: (209) 521-1729

Attorney for Plaintiff
BRIANNA GACIA, ET AL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT
## OF CALIFORNIA

| | |
|---|---|
| BRIANNA GARCIA, ET AL ) | CASE #: 1:08-cv-01720-LJO-SMS |
| ) | |
| Plaintiff(s), ) | STIPULATION AND ORDER ON |
| ) | MOTION TO DISMISS |
| vs. ) | |
| ) | |
| ) | Date: January 16th, 2009 |
| CITY OF CERES, ET AL ) | Courtroom #4 (7th Floor) |
| ) | Lawrence J. O'Neill |
| Defendant(s) ) | U.S. District Judge |

**TO THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA :**

It is hereby stipulated and agreed upon between parties that the hearing date of January 16th, 2009, for the Motion to Dismiss, will be vacated and the Plaintiff will file an amended complaint on or before January 15th, 2009.

Dated: December 24th 2008

LAW OFFICE OF KIMBERY AYERS            FERGUSON, PRAET & SHERMAN
                                        A Profession Corporation

/s/ Kimberly C. Ayers
KIMBERLY C. AYERS                       KELLY R.M. IRWIN
Attorney for Plaintiffs                 Attorney for Defendants

ORDER

It is hereby ordered that the hearing date of January 16th, 2009, is vacated and the Amended Complaint will be filed by the Plaintiff on or before January 15th, 2009.

IT IS SO ORDERED.

**Dated:   January 6, 2009**                            /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE