1  Kimberly C. Ayers/# 204260
   Law Office of Kimberly Ayers
   801 10th Street 5th Floor Ste 108
   Modesto CA 95354
   kayerslawoffice@yahoo.com
2  (209)521-1729 Office
   (209)521-2942 Fax

3

4  Attorney for Brianna Garcia, Daisy Mayorga, Jesse Alvarez, Marilyn Alvarez

5  X Retained

6

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9  Brianna Garcia, Daisy                **Case Number:** 1:08-cv-01720-LJO-SMS
   Mayorga, Jesse Alvarez,
10 Marilyn Alvarez                      **MOTION TO DISMISS COMPLAINT
                                         AS TO ALL RESPONDENTS**
11             Plaintiffs,

12       vs.

13 City of Ceres Police
   Department, Sergeant Jose
14 Berber, Officers Michael
   Perez, Julio Amador, Chris
15 Melton Vanessa Garcia, Brian
   Ferreira, Lt Brent Smith
16
              Respondents
17
   _____/
18
        The Plaintiffs' attorney of record for the above entitled
19
   case hereby requests to dismiss the above action subject to
20
   provisions of Rule 23(e) of Rule 66 and by stipulation of
21
   parties.  Only Plaintiffs listed above have consented to
22
   dismissal subject to the fully executed General Release and
23
   Settlement Agreement between the Plaintiffs and Respondents.
24
   The sole remaining Plaintiff, Mario Armendariz, has informed
25

26

counsel of his intent to obtain alternative representation.  A motion to request a hearing before the Magistrate to withdraw as counsel as to that Plaintiff is filed simultaneously to this motion to dismiss.

April 2, 2010                              ____/s/_____

                                            Kimberly C. Ayers
                                            Attorney for Plaintiffs