IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA GARCIA, et al., | CASE NO. CV F 08-1720 LJO SMS |
| Plaintiff, | **ORDER TO DENY REQUEST TO DISMISS** (Doc. 40.) |
| vs. | |
| CITY OF CERES POLICE DEPARTMENT, et al., | |
| Defendant. | |

Plaintiffs filed an April 2, 2010 request to dismiss this action. Plaintiffs' attempt to dismiss this action fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have appeared. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS plaintiffs and defendants, no later than April 15, 2010, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss defendants; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules. This Court FURTHER ADMONISHES counsel that failure to comply with this order in the absence of good cause will result in imposition of sanctions, including dismissal of this action with or without prejudice.

IT IS SO ORDERED.

**Dated:   April 5, 2010**                              /s/ Lawrence J. O'Neill

1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT JUDGE |