```
 1  Kelly R. M. Irwin,  SBN 238884
    FERGUSON, PRAET & SHERMAN
 2  A Professional Corporation
    1631 East 18th Street
 3  Santa Ana, California  92705
    (714) 953-5300 telephone
 4  (714) 953-1143 facsimile
    kirwin@law4cops.com
 5
    Attorneys for Defendants, City of Ceres, Ceres Police Department, Officer
 6  Michael Perez, Sergeant Berber, Officer Julio Amador, Officer Melton, Officer
    Vanessa Garcia, Officer Brian Ferreira, Lt Brent Smith and Chief of Police Art De
 7  Werk
 8
 9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| BRIANNA GARCIA, MARIO AMENDARIZ, DAISY MAYORGA, JESSEE ALVAREZ, MARILYN ALVAREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, OFFICER MICHAEL PEREZ, OFFICER BERBER, OFFICER JULIO AMADOR, OFFICER MELTON, CHIEF OF POLICE ART DE WERK, OFFICER VANESSA GARCIA, LT. BRENT SMITH, OFFICER BRIAN FERREIRA, AND DOES 1-100,<br><br>    Defendants. | No. 1:08-CV-01720-LJO-SMS<br><br>STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41 A] |

23    1.    Plaintiffs, Brianna Garcia, Daisy Mayorga, Jesse Alvarez and Marilyn Alvarez, and all the City of Ceres Defendants hereby jointly request and stipulate under Fed. R. Civ. P. 41 (a) that the City of Ceres Police Department, Sergeant Jose Berber, Officer Michael Perez, Officer Julio Amador, Officer Chris Melton, Officer Vanessa Garcia, Officer Brian Ferreira, and Lt. Brent Smith be dismissed with prejudice as defendants in this action.

---

Stip and [Proposed] Order re
Partial Dismissal w/ Prejudice                              No. 1:08-CV-01720-LJO-SMS

1   2.   The sole remaining Plaintiff against the City of Ceres Defendants is Mario Armendariz.

2   3.   Each side is to bear its own costs and attorney's fees as to these Plaintiffs and these Defendants. All parties included in this Stipulation waive any and all claims for costs and/or fees that they might have possessed.

Dated: April 7, 2010                    LAW OFFICE OF KIMBERLY AYERS


                                        By:  /s/ Kimberly C. Ayers
                                             Kimberly C. Ayers
                                             Attorney for Plaintiffs


Dated: April 7, 2010                    FERGUSON, PRAET & SHERMAN
                                        A Professional Corporation

                                        By:  /s/ Kelly R. M. Irwin
                                             Kelly R. M. Irwin
                                             Attorney for City of Ceres Defendants

## ORDER RE PARTIAL DISMISSAL

Defendants, City of Ceres Police Department, Sergeant Jose Berber, Officer Michael Perez, Officer Julio Amador, Officer Chris Melton, Officer Vanessa Garcia, Officer Brian Ferreira, and Lt. Brent Smith are hereby dismissed with prejudice as to the entire action filed by Plaintiffs, Brianna Garcia, Daisy Mayorga, Jesse Alvarez and Marilyn Alvarez only.

Plaintiff, Mario Armendariz' action against Defendants, City of Ceres Police Department, Sergeant Jose Berber, Officer Michael Perez, Officer Julio Amador, Officer Chris Melton, Officer Vanessa Garcia, Officer Brian Ferreira, and Lt. Brent Smith remains.

Each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   April 8, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE