1  Kelly R. M. Irwin, SBN 238884
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   kirwin@law4cops.com
5

6  Attorneys for Defendants, City of Ceres, Ceres Police Department, Officer Michael Perez, Sergeant Berber, Officer Julio Amador, Officer Melton, Officer Vanessa Garcia, Officer
7  Brian Ferreira, Lt Brent Smith and Chief of Police Art De Werk

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11 BRIANNA GARCIA, MARIO                )  No. 1:08-CV-01720-LJO-SMS
   AMENDARIZ, DAISY MAYORGA,            )
12 JESSEE ALVAREZ, MARILYN              )
   ALVAREZ,                             )  **STIPULATION FOR**
13                                      )  **CONTINUANCE OF SUMMARY**
              Plaintiffs,                )  **JUDGMENT DATE; ORDER**
14                                       )  **THEREON**
   v.                                    )
15                                       )
   CITY OF CERES, CERES POLICE           )
16 DEPARTMENT, OFFICER                   )
   MICHAEL PEREZ, OFFICER                )
17 BERBER, OFFICER JULIO                 )
   AMADOR, OFFICER MELTON,               )
18 CHIEF OF POLICE ART DE WERK,          )
   OFFICER VANESSA GARCIA, LT.           )
19 BRENT SMITH, OFFICER BRIAN            )
   FERREIRA, AND DOES 1-100,             )
20                                       )
              Defendants.                )
21 _____  )

22 It is hereby stipulated by and between all the parties to this action as follows:

23     1.    The parties have completed discovery in this action.  The Parties have

24 not previously requested any date continuance.

25     2.    Most of the Plaintiffs have filed for a dismissal of the case against the

26 Defendants.  There is one Plaintiff who is currently still an active Plaintiff.

27     3.    All parties have been cooperating to see if the last Plaintiff may also

28 want to dismiss the Defendants.

---

Stip for Continuance of MSJ Date;
[Proposed] Order Thereon                              No. 1:08-CV-01720-LJO-SMS

4. The Defendants intend to bring a summary judgment if there is no compromise found with the last remaining Plaintiff. To allow for the possible dismissal by the last Plaintiff, all parties agree more time is needed before the April 19, 2010 filing deadline for the summary judgment.

5. All parties agree to a three-week continuance of the summary judgment motion filing date. All parties agree to the following dates:

| Summary Judgment filing deadline | May 10, 2010 |

Dated: April 11, 2010                   LAW OFFICE OF KIMBERLY AYERS


By:   /s/ Kimberly C. Ayers
      Kimberly C. Ayers
      Attorney for Plaintiffs


Dated: April 9, 2010                    FERGUSON, PRAET & SHERMAN
                                        A Professional Corporation


By:   /s/ Kelly R. M. Irwin
      Kelly R. M. Irwin
      Attorney for City of Ceres Defendants

**ORDER**

It is hereby ordered the following matters are continued to the following dates:

| Summary Judgment filing deadline | May 10, 2010 |

This is the only and last continuance allowed for the filing of any summary judgment motion. Note: Absent a showing of very good cause before The Honorable Lawrence J. O'Neill only, there will be NO continuance of the pretrial conference and the trial.

Dated:   4/14/2010          /s/ SANDRA M. SNYDER
                            Honorable Sandra M. Snyder
                            United States Magistrate Judge